WILLIAM E. WAMSLEY, Respondent, v. THE ATLAS STEAMSHIP COMPANY, Limited, Appellant.

Reported below, 50 App. Div. 199.
(Submitted June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the judgment is not appealable to this court, it having been entered upon a verdict and unanimously affirmed by the Appellate Division, which has not allowed the appeal nor certified that questions of law have arisen which should be reviewed by the Court of Appeals.

*Alexander S. Bacon* for motion.

*Everett P. Wheeler* opposed.

Motion denied, with ten dollars costs.